IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| **Smarthealth Paycard LLC** | § | CASE NO. 23-40688 |
| 5600 Tennyson Pkwy | § | |
| Suite 190 | § | |
| Plano, TX 75024 | § | CHAPTER 7 |
| Tax ID / EIN: 85-2020422 | § | |
| | § | |
| **DEBTOR** | § | |

ORDER FOR RELIEF
IN AN INVOLUNTARY CASE

On Consideration of the petition filed April 20, 2023, against the above-named debtor, an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

Signed on 06/28/2023

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE