**Fill in this information to identify the case:**

Debtor name   **Smarthealth Paycard LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TEXAS

Case number (if known)   **23-40688**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **01/01/2023** to **Filing Date** | ☒ Operating a business<br>☐ Other _____ | **$613,529.15** |
| **For prior year:**<br>From **01/01/2022** to **12/31/2022** | ☒ Operating a business<br>☐ Other _____ | **$2,859,562.35** |
| **For year before that:**<br>From **01/01/2021** to **12/31/2021** | ☒ Operating a business<br>☐ Other _____ | **$1,752,809.45** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Smarthealth Paycard LLC**                                    Case number *(if known)*  **23-40688**

---

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Transfer of Income to HCPC See Question 1 (Revenue)** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other ___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Transfer of Income to HCPC See Question 1 (Revenue)**<br><br>**Please also see Exhibit 2 to Healthcare Paycard SOFA (23-40687) to the extent transfers from Smarthealth Paycard LLC** | | | |

---

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

---

Debtor   **Smarthealth Paycard LLC**                                Case number *(if known)*   **23-40688**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Blankinship v. Clampitt; Healthcare Paycard LLC, and Smarthealth Paycard LLC (HCPC and SHPC dismissed since Petition Date)**<br>**Reference No. 5310000375** | **Civil** | **JAMS Arbitration** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor     **Smarthealth Paycard LLC**                                          Case number *(if known)*  **23-40688**

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Undetermined; Will Supplement** | | | **$0.00** |
| **Relationship to debtor** | | | |

---

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **111 Spring Valley Road Suite 200 Richardson, TX 75081** | **2017-2021** |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

**Personal financial information of card members**

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

         ☐ No Go to Part 10.

---

Debtor    **Smarthealth Paycard LLC**                                     Case number *(if known)*  **23-40688**

---

☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Undetermined; Will Supplement** | EIN: |

Has the plan been terminated?
☒ No
☐ Yes

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor  **Smarthealth Paycard LLC**                                                Case number *(if known)* **23-40688**

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Sadie Peters** **5600 Tennyson Pkwy** **Suite 190** **Plano, TX 75093** | **2019 - Petition Date** |
| 26a.2.  **Bob Boulanger** **3115 Gentry Dr.** **Sachse, TX 75048** | **2019 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Lain Faulkner & Co., P.C.** **400 North Saint Paul St.** **Suite 600** **Dallas, TX 75201** | **2020-2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

Debtor   **Smarthealth Paycard LLC**                                          Case number *(if known)*   **23-40688**

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Lain Faulkner & Co., P.C.**<br>**400 North Saint Paul St.**<br>**Suite 600**<br>**Dallas, TX 75201** | |
| 26c.2. **Paul Clampitt**<br>**5600 Tennyson Pkwy.**<br>**Suite 190**<br>**Plano, TX 75093** | |
| 26c.3. **Jeffery Blankinship (limited access)**<br>**5901 Westmont Dr.**<br>**Plano, TX 75093** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **1st Community Federal Credit Union**<br>**3505 Wildewood Dr.**<br>**San Angelo, TX 76904** |
| 26d.2. **Unknown; Will Supplement if Necessary** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paul Clampitt** | **5600 Tennyson Pkwy.**<br>**Suite 190**<br>**Plano, TX 75093** | **Manager** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffery Blankinship**<br>**(excluded by Paul Clampitt)** | **5901 Westmont Dr.**<br>**Plano, TX 75093** | **Manager** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Debtor    **Smarthealth Paycard LLC**                                Case number *(if known)*    **23-40688**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **See Response to Questions 3 and 4, above. Please also see Exhibit 2 to Healthcare Paycard SOFA (23-40687) to the extent transfers from Smarthealth Paycard LLC (attached)** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Undetermined; Will Supplement If Necessary** | **EIN:** |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 25, 2023**

**/s/ Jeffery Blankinship**                        **Jeffery Blankinship**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☒ Yes

**In re Healthcare Paycard LLC – Case No. 23-40687**
**In re Smarthealth Paycard LLC – Case No. 23-40688**

DISCLAIMER REGARDING PREPARATION OF
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Prior to the Petition Date, Jeffery Blankinship was one of two managers of both Debtors, Healthcare Paycard LLC and Smarthealth Paycard LLC. However, Mr. Blankinship was excluded from the management of the Debtors and had limited access to the books and records of the Debtor prior to the bankruptcy filings. As the only remaining manager at the time the Court entered its Orders for Relief in the Debtors' cases, Mr. Blankinship became the responsible party to prepare the Schedules and Statement of Financial Affairs ("SOFA") for the Debtors. As such, Mr. Blankinship endeavored to prepare the Schedules and SOFAs, with the assistance of an existing financial consultant of the Debtors, with this limited recent institutional knowledge of the Debtors' operations and finances. Additionally, during the preparation of the Schedules and SOFA, Mr. Blankinship continued to experience challenges in accessing pertinent electronic information of the Debtors. Given the circumstances, Mr. Blankinship will continue to review the Debtors' files and records to determine if any amendments are necessary and will remain in contact with the Chapter 7 Trustee regarding any additional findings.

**EXHIBIT 2**
**HCPC - 23-40687**

## SmartHealth PayCard
## Bill Payment List
**April 20, 2022 - April 20, 2023**

**11000 Wells Checking HCPC 9357 (Operating)**

| Date | Num | Vendor | Amount |
|------|-----|--------|--------|
| 07/17/2022 | XFR 07.18 | Alloy Insurance Partners LLC | (723.46) |
| 10/13/2022 | XFR 10.13 | Alloy Insurance Partners LLC | (31,309.16) |
| 03/03/2023 | XFR 03.03 | Alloy Insurance Partners LLC | (39,115.00) |
| | | **Alloy Insurance Partners LLC Total** | **(71,147.62)** |
| 06/21/2022 | ACH 06.21 | CU Revl, LLC | (27,123.28) |
| 07/13/2022 | ACH 07.13 | CU Revl, LLC | (5,876.71) |
| 08/02/2022 | ACH 08.02 | CU Revl, LLC | (58,586.30) |
| 09/07/2022 | ACH 09.07 | CU Revl, LLC | (56,755.48) |
| 10/04/2022 | ACH 10.04 | CU Revl, LLC | (54,924.66) |
| 11/07/2022 | ACH 11.07 | CU Revl, LLC | (56,755.48) |
| 12/20/2022 | ACH 12.20 | CU Revl, LLC | (54,924.66) |
| 01/18/2023 | ACH 01.18 | CU Revl, LLC | (56,755.48) |
| 02/06/2023 | ACH 02.06 | CU Revl, LLC | (56,755.48) |
| 03/21/2023 | ACH 03.21 | CU Revl, LLC | (51,263.01) |
| | | **CU Revl, LLC Total** | **(479,720.54)** |
| 04/27/2022 | XFR 04.27 | ISI | (4,636.19) |
| 04/28/2022 | XFR 04.28 | ISI | (22,057.92) |
| 05/11/2022 | XFR 05.11 | ISI | (4,408.45) |
| 05/11/2022 | XFR 05.11 | ISI | (4,582.22) |
| 05/26/2022 | XFR 05.26 | ISI | (22,034.52) |
| 05/26/2022 | XFR 05.26 | ISI | (4,582.22) |
| 06/13/2022 | XFR 06.13 | ISI | (4,582.21) |
| 06/13/2022 | XFR 06.13 | ISI | (18,319.46) |
| 06/21/2022 | XFR 06.21 | ISI | (14,426.16) |
| 06/23/2022 | XFR 06.23 | ISI | (8,559.84) |
| 06/28/2022 | XFR 06.28 | ISI | (5,398.06) |
| 07/13/2022 | XFR 07.13 | ISI | (1,709.78) |
| 07/13/2022 | XFR 07.13 | ISI | (6,290.62) |
| 07/15/2022 | XFR 07.15 | ISI | (7,331.76) |
| 07/18/2022 | XFR 07.18 | ISI | (723.46) |
| 07/19/2022 | XFR 07.19 | ISI | (263.42) |
| 07/26/2022 | XFR 07.26 | ISI | (4,848.91) |
| 07/29/2022 | XFR 07.29 | ISI | (11,084.31) |
| 08/11/2022 | XFR 08.11 | ISI | (9,219.02) |
| 08/16/2022 | XFR 08.16 | ISI | (7,503.12) |
| 08/16/2022 | 6 | ISI | (9,273.64) |
| 08/29/2022 | XFR 08.29 | ISI | (38,064.88) |
| 09/01/2022 | XFR 09.01 | ISI | (8,201.79) |
| 09/12/2022 | XFR 09.12 | ISI | (5,206.00) |
| 09/23/2022 | XFR 09.23 | ISI | (6,711.60) |
| 09/27/2022 | XFR 09.27 | ISI | (12,784.06) |
| 09/28/2022 | XFR 09.28 | ISI | (16,571.20) |
| 10/17/2022 | XFR 10.17 | ISI | (5,989.44) |
| 10/18/2022 | XFR 10.18 | ISI | (3,650.48) |
| 10/26/2022 | XFR 10.26 | ISI | (23,137.21) |
| 11/01/2022 | XFR 11.01 | ISI | (10,053.45) |
| 11/10/2022 | XFR 11.10 | ISI | (10,000.00) |
| 11/10/2022 | XFR 11.10 | ISI | (5,946.54) |
| 11/15/2022 | XFR 11.15 | ISI | (5,173.44) |
| 11/17/2022 | ACH 11.17 | ISI | (4,368.42) |
| 11/25/2022 | XFR 11.25 | ISI | (20,946.56) |
| 12/05/2022 | XFR 12.05 | ISI | (9,000.00) |
| 12/12/2022 | ACH 12.12 | ISI | (5,946.54) |

| Date | | | | Amount |
|------|------|------|------|-------:|
| 12/27/2022 | XFR 12.27 | ISI | | (5,030.64) |
| 12/28/2022 | XFR 12.28 | ISI | | (12,391.57) |
| 12/28/2022 | XFR 12.28 | ISI | | (5,946.57) |
| 01/09/2023 | XFR 01.09 | ISI | | (6,000.00) |
| 01/11/2023 | ACH 01.11 | ISI | | (6,329.46) |
| 01/20/2023 | XFR 01.20 | ISI | | (15,938.36) |
| 01/27/2023 | XFR 01.27 | ISI | | (5,696.15) |
| 02/10/2023 | ACH 02.10 | ISI | | (6,006.03) |
| 02/15/2023 | ACH 02.15 | ISI | | (4,957.20) |
| 02/22/2023 | XFR 02.22 | ISI | | (7,497.97) |
| 02/23/2023 | XFR 02.23 | ISI | | (8,821.60) |
| 03/13/2023 | XFR 03.13 | ISI | | (5,970.83) |
| 03/28/2023 | XFR 03.28 | ISI | | (5,970.87) |
| 03/30/2023 | XFR 03.30 | ISI | | (8,491.78) |
| 04/12/2023 | XFR 04.12 | ISI | | (5,970.85) |
| 04/12/2023 | XFR 04.12 | ISI | | (9,830.60) |
| 04/20/2023 | XFR 04.20 | ISI | | (5,609.86) |
| | | **ISI Total** | | **(490,047.24)** |
| 04/28/2022 | 1331 | Jeff Blankinship | | - |
| 04/28/2022 | 1332 | Jeff Blankinship | | (12,000.00) |
| 07/29/2022 | 1350 | Jeff Blankinship | | (4,283.75) |
| | | **Jeff Blankinship Total** | | **(16,283.75)** |

# SmartHealth PayCard

**Type: All transactions · Status: All statuses · Name: Alloy Insurance Partners LLC · Date: All dates**

| undefined | Date | Type | No. | Payee | Category | Memo | Total | Attachments | Action |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 05/18/2023 | Bill | 2154 | Alloy Insurance Partners LLC | -Split- | | $6,737.98 | 1 | Schedule payment |
| ☐ | 03/03/2023 | Bill Payment (Check) | XFR 03.03 | Alloy Insurance Partners LLC | | | -$39,115.00 | | View/Edit |
| ☐ | 03/03/2023 | Bill | 2137 | Alloy Insurance Partners LLC | Prepaid Insurance | | $18,534.00 | 1 | View/Edit |
| ☐ | 03/02/2023 | Bill | 2136E&O | Alloy Insurance Partners LLC | Prepaid Insurance | | $20,581.00 | 1 | View/Edit |
| ☐ | 10/13/2022 | Bill Payment (Check) | XFR 10.13 | Alloy Insurance Partners LLC | | | -$31,309.16 | | View/Edit |
| ☐ | 10/12/2022 | Bill | 2134 | Alloy Insurance Partners LLC | -Split- | | $5,946.54 | 1 | View/Edit |
| ☐ | 10/12/2022 | Bill | 2133 | Alloy Insurance Partners LLC | Alloy Payable | | $25,362.62 | 1 | View/Edit |
| ☐ | 07/17/2022 | Bill Payment (Check) | XFR 07.18 | Alloy Insurance Partners LLC | | | -$723.46 | | View/Edit |
| ☐ | 07/15/2022 | Bill | 2128 | Alloy Insurance Partners LLC | -Split- | | $723.46 | 2 | View/Edit |

| undefined | Date | Type | No. | Payee | Category | Memo | Total | Attachments | Action |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 07/28/2021 | Bill Payment (Check) | XFR 07.28 | Alloy Insurance Partners LLC | | | -$4,523.85 | | View/Edit |
| ☐ | 07/10/2021 | Bill | JulAmEx | Alloy Insurance Partners LLC | -Split- | | $4,536.33 | 3 | View/Edit |
| ☐ | 06/30/2021 | Bill | | Alloy Insurance Partners LLC | Interest Expense | June 2021 Interest on Note | $704.17 | 2 | View/Edit |
| ☐ | 06/10/2021 | Bill | JuneAmEx2111 | Alloy Insurance Partners LLC | -Split- | | $3,819.68 | 4 | View/Edit |
| ☐ | 06/03/2021 | Bill Payment (Check) | XFR 06.03 | Alloy Insurance Partners LLC | | | -$5,994.47 | | View/Edit |
| ☐ | 05/31/2021 | Bill | | Alloy Insurance Partners LLC | Interest Expense | May 2021 Interest on Note | $704.17 | 2 | View/Edit |
| ☐ | 04/30/2021 | Bill | | Alloy Insurance Partners LLC | Interest Expense | Apr 2021 Interest on Note | $704.17 | 2 | View/Edit |

# SmartHealth PayCard

## Type: All transactions · Status: All statuses · Name: CU Revl, LLC · Date: All dates

| undefined | Date | Type | No. | Payee | Category | Memo | Total | Attachments | Action |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 06/01/2023 | Bill | 4016 | CU Revl, LLC | Interest Expense | | $56,755.48 | 1 | Schedule payment |
| ☐ | 05/26/2023 | Bill Payment (Check) | ACH 05.26 | CU Revl, LLC | | | -$54,924.65 | | View/Edit |
| ☐ | 05/01/2023 | Bill | 4015 | CU Revl, LLC | Interest Expense | | $54,924.65 | 1 | View/Edit |
| ☐ | 04/25/2023 | Bill Payment (Check) | ACH 04.25 | CU Revl, LLC | | | -$57,806.51 | | View/Edit |
| ☐ | 04/10/2023 | Bill | 4014 | CU Revl, LLC | Interest Expense | | $57,806.51 | 1 | View/Edit |
| ☐ | 03/21/2023 | Bill Payment (Check) | ACH 03.21 | CU Revl, LLC | | | -$51,263.01 | | View/Edit |
| ☐ | 03/06/2023 | Bill | 4013 | CU Revl, LLC | Interest Expense | | $51,263.01 | 1 | View/Edit |
| ☐ | 02/06/2023 | Bill Payment (Check) | ACH 02.06 | CU Revl, LLC | | | -$56,755.48 | | View/Edit |
| ☐ | 02/03/2023 | Bill | 4012 | CU Revl, LLC | Interest Expense | | $56,755.48 | 1 | View/Edit |
| ☐ | 01/18/2023 | Bill Payment (Check) | ACH 01.18 | CU Revl, LLC | | | -$56,755.48 | | View/Edit |
| ☐ | 01/03/2023 | Bill | 4011 | CU Revl, LLC | Interest Expense | | $56,755.48 | 1 | View/Edit |
| ☐ | 12/20/2022 | Bill Payment (Check) | ACH 12.20 | CU Revl, LLC | | | -$54,924.66 | | View/Edit |

| undefined | Date | Type | No. | Payee | Category | Memo | Total | Attachments | Action |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 12/06/2022 | Bill | 4010 | CU Revl, LLC | Interest Expense | | $54,924.66 | 1 | View/Edit |
| ☐ | 11/07/2022 | Bill Payment (Check) | ACH 11.07 | CU Revl, LLC | | | -$56,755.48 | | View/Edit |
| ☐ | 11/02/2022 | Bill | 4008 | CU Revl, LLC | Interest Expense | | $56,755.48 | 1 | View/Edit |
| ☐ | 10/04/2022 | Bill Payment (Check) | ACH 10.04 | CU Revl, LLC | | | -$54,924.66 | | View/Edit |
| ☐ | 10/04/2022 | Bill | 4005 | CU Revl, LLC | Interest Expense | | $54,924.66 | 1 | View/Edit |
| ☐ | 09/07/2022 | Bill Payment (Check) | ACH 09.07 | CU Revl, LLC | | | -$56,755.48 | | View/Edit |
| ☐ | 09/02/2022 | Bill | 4002 | CU Revl, LLC | Interest Expense | | $56,755.48 | 1 | View/Edit |
| ☐ | 08/02/2022 | Bill Payment (Check) | ACH 08.02 | CU Revl, LLC | | | -$58,586.30 | | View/Edit |
| ☐ | 08/01/2022 | Bill | 4000 | CU Revl, LLC | Interest Expense | | $58,586.30 | 1 | View/Edit |
| ☐ | 07/13/2022 | Bill Payment (Check) | ACH 07.13 | CU Revl, LLC | | | -$5,876.71 | | View/Edit |
| ☐ | 07/11/2022 | Bill | 1007 | CU Revl, LLC | Interest Expense | | $5,876.71 | 1 | View/Edit |
| ☐ | 06/21/2022 | Bill Payment (Check) | ACH 06.21 | CU Revl, LLC | | | -$27,123.28 | | View/Edit |
| ☐ | 06/16/2022 | Bill | 1110 | CU Revl, LLC | Interest Expense | Loan Interest due | $13,561.64 | 1 | View/Edit |
| ☐ | 05/16/2022 | Bill | 1006 | CU Revl, LLC | Interest Expense | Loan Interest Due | $13,561.64 | 1 | View/Edit |

# SmartHealth PayCard

## Type: All transactions · Status: All statuses · Name: ISI · Date: All dates

| undefined | Date | Type | No. | Payee | Category | Memo | Total | Attachments | Action |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 06/01/2023 | Bill | 2459 | ISI | Consulting Fees | | $2,500.00 | | Schedule payment |
| ☐ | 06/01/2023 | Bill Payment (Check) | XFR 06.01 | ISI | | | -$5,970.84 | | View/Edit |
| ☐ | 05/26/2023 | Bill Payment (Check) | XFR 05.26 | ISI | | | -$5,886.13 | | View/Edit |
| ☐ | 05/26/2023 | Bill | 2450 | ISI | -Split- | | $5,886.13 | 1 | View/Edit |
| ☐ | 05/23/2023 | Bill Payment (Check) | XFR 05.23 | ISI | | | -$7,739.20 | | View/Edit |
| ☐ | 05/11/2023 | Bill Payment (Check) | XFR 05.11 | ISI | | | -$4,618.56 | | View/Edit |
| ☐ | 05/11/2023 | Bill | 2442 | ISI | -Split- | | $5,970.84 | 1 | View/Edit |
| ☐ | 05/05/2023 | Bill | 2439 | ISI | Cardmember Benefits COGS | | $4,618.56 | 1 | View/Edit |
| ☐ | 05/02/2023 | Bill Payment (Check) | XFR 05.02 | ISI | | | -$5,970.85 | | View/Edit |
| ☐ | 05/01/2023 | Bill | 2438 | ISI | Consulting Fees | | $2,500.00 | | Schedule payment |
| ☐ | 04/30/2023 | Bill | 2445 | ISI | 401k Match | | $966.71 | 1 | View/Edit |
| ☐ | 04/28/2023 | Bill Payment (Check) | XFR 04.28 | ISI | | | -$1,338.62 | | View/Edit |
| ☐ | 04/26/2023 | Bill | 2433 | ISI | -Split- | | $5,970.85 | 1 | View/Edit |
| ☐ | 04/20/2023 | Bill Payment (Check) | XFR 04.20 | ISI | | | -$5,609.86 | | View/Edit |
| ☐ | 04/19/2023 | Bill | 2446 | ISI | -Split- | | $4,589.97 | 1 | View/Edit |
| ☐ | 04/15/2023 | Bill | 2444 | ISI | 401k Match | | $966.71 | 1 | View/Edit |
| ☐ | 04/14/2023 | Bill | 2443 | ISI | Telephone Expense | | $928.82 | 1 | View/Edit |
| ☐ | 04/12/2023 | Bill Payment (Check) | XFR 04.12 | ISI | | | -$9,830.60 | | View/Edit |
| ☐ | 04/12/2023 | Bill Payment (Check) | XFR 04.12 | ISI | | | -$5,970.85 | | View/Edit |

| undefined | Date | Type | No. | Payee | Category | Memo | Total | Attachments | Action |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 04/12/2023 | Bill | 2420 | ISI | -Split- | | $5,970.85 | 1 | View/Edit |
| ☐ | 04/11/2023 | Bill | 2447 | ISI | Bank Service Charges | | $286.99 | | View/Edit |
| ☐ | 04/05/2023 | Bill | 2418 | ISI | Cardmember Benefits COGS | | $4,712.40 | 1 | View/Edit |
| ☐ | 04/01/2023 | Bill | 2419 | ISI | Consulting Fees | | $2,500.00 | | Schedule payment |
| ☐ | 03/31/2023 | Bill | 2423 | ISI | 401k Match | | $966.71 | 1 | View/Edit |
| ☐ | 03/30/2023 | Bill Payment (Check) | XFR 03.30 | ISI | | | -$8,491.78 | | View/Edit |
| ☐ | 03/28/2023 | Bill Payment (Check) | XFR 03.28 | ISI | | | -$5,970.87 | | View/Edit |
| ☐ | 03/28/2023 | Bill | 2407 | ISI | -Split- | | $5,970.87 | 1 | View/Edit |
| ☐ | 03/20/2023 | Bill | 2425 | ISI | -Split- | | $3,596.44 | 2 | View/Edit |
| ☐ | 03/15/2023 | Bill | 2422 | ISI | 401k Match | | $966.71 | 1 | View/Edit |
| ☐ | 03/15/2023 | Bill | 2400 | ISI | Cardmember Benefits COGS | | $4,814.40 | 1 | View/Edit |
| ☐ | 03/14/2023 | Bill | | ISI | -Split- | | $1,338.62 | 2 | View/Edit |
| ☐ | 03/13/2023 | Bill Payment (Check) | XFR 03.13 | ISI | | | -$5,970.83 | | View/Edit |
| ☐ | 03/13/2023 | Bill | 2398 | ISI | -Split- | | $5,970.83 | 1 | View/Edit |
| ☐ | 03/01/2023 | Bill | 2416 | ISI | Bank Service Charges | | $303.80 | 1 | View/Edit |
| ☐ | 03/01/2023 | Bill | 2394 | ISI | Consulting Fees | | $2,500.00 | | Schedule payment |
| ☐ | 02/28/2023 | Bill | 2410 | ISI | 401k Match | | $966.71 | 1 | View/Edit |
| ☐ | 02/28/2023 | Bill | 2408 | ISI | -Split- | | $1,683.94 | 3 | View/Edit |
| ☐ | 02/23/2023 | Bill Payment (Check) | XFR 02.23 | ISI | | | -$8,821.60 | | View/Edit |
| ☐ | 02/23/2023 | Bill | 2383 | ISI | -Split- | | $5,977.34 | 1 | View/Edit |
| ☐ | 02/22/2023 | Bill Payment (Check) | XFR 02.22 | ISI | | | -$7,497.97 | | View/Edit |
| ☐ | 02/17/2023 | Bill | FebAmEx | ISI | -Split- | | $4,874.42 | 2 | View/Edit |

| undefined | Date | Type | No. | Payee | Category | Memo | Total | Attachments | Action |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 02/15/2023 | Bill | 2409 | ISI | 401k Match | | $966.71 | 1 | View/Edit |
| ☐ | 02/15/2023 | Bill Payment (Check) | ACH 02.15 | ISI | | | -$4,957.20 | | View/Edit |
| ☐ | 02/13/2023 | Bill | 2378 | ISI | Cardmember Benefits COGS | | $4,957.20 | 1 | View/Edit |
| ☐ | 02/10/2023 | Bill Payment (Check) | ACH 02.10 | ISI | | | -$6,006.03 | | View/Edit |
| ☐ | 02/10/2023 | Bill | 2377 | ISI | -Split- | | $6,006.03 | 1 | View/Edit |
| ☐ | 02/01/2023 | Bill | 2376 | ISI | Consulting Fees | | $2,500.00 | | Schedule payment |
| ☐ | 01/31/2023 | Bill | | ISI | Telephone Expense | | $80.00 | | View/Edit |
| ☐ | 01/31/2023 | Bill | 0131401 | ISI | 401k Match | | $966.71 | 1 | View/Edit |
| ☐ | 01/31/2023 | Bill | 2382 | ISI | -Split- | | $894.69 | 2 | View/Edit |

# SmartHealth PayCard

**Type: All transactions · Status: All statuses · Name: Paul Clampitt · Date: All dates**

| undefined | Date | Type | No. | Payee | Category | Memo | Total | Attachments | Action |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 01/01/2023 | Journal Entry | 574 | Paul Clampitt | | | -$27,990.00 | | |
| ☐ | 07/31/2022 | Bill | | Paul Clampitt | Legal Fees | | $134,848.97 | 1 | Schedule payment |
| ☐ | 04/04/2022 | Bill Payment (Check) | ACH 04.04 | Paul Clampitt | | | -$5,200.00 | | View/Edit |
| ☐ | 04/04/2022 | Bill | | Paul Clampitt | Advertising and Promotion | Reimbursement for Donation | $5,200.00 | 1 | View/Edit |
| ☐ | 03/22/2022 | Bill Payment (Check) | Clearing | Paul Clampitt | | | $0.00 | | View/Edit |
| ☐ | 03/22/2022 | Journal Entry | 270 | Paul Clampitt | -Split- | Partner Interest Expense forgiveness | -$135,024.95 | 3 | |
| ☐ | 08/31/2021 | Bill | | Paul Clampitt | -Split- | August 2021 Interest on Paul's notes | $5,524.99 | 6 | View/Edit |
| ☐ | 08/31/2021 | Bill | | Paul Clampitt | Interest Expense | Interest | $5,416.67 | 2 | View/Edit |
| ☐ | 07/31/2021 | Bill | | Paul Clampitt | -Split- | July 2021 Interest on Paul's notes | $5,524.99 | 6 | View/Edit |
| ☐ | 07/31/2021 | Bill | | Paul Clampitt | Interest Expense | Interest | $5,416.67 | 2 | View/Edit |
| ☐ | 06/30/2021 | Bill | | Paul Clampitt | -Split- | May 2021 Interest on Paul's notes | $5,524.99 | 6 | View/Edit |
| ☐ | 06/30/2021 | Bill | | Paul Clampitt | Interest Expense | Interest | $5,416.67 | 2 | View/Edit |
| ☐ | 05/31/2021 | Bill | | Paul Clampitt | -Split- | June 2021 Interest on Paul's notes | $5,524.99 | 6 | View/Edit |

| Date | Type | No. | Payee | Category | Memo | Total | Attachments | Action |
|------|------|-----|-------|----------|------|-------|-------------|--------|
| 05/31/2021 | Bill | | Paul Clampitt | Interest Expense | Interest | $5,416.67 | 2 | View/Edit |
| 04/30/2021 | Bill | | Paul Clampitt | -Split- | Apr 2021 Interest on Paul's notes | $5,274.99 | 6 | View/Edit |
| 04/30/2021 | Bill | | Paul Clampitt | Interest Expense | Interest | $5,416.67 | 2 | View/Edit |

# SmartHealth PayCard

**Type: All transactions · Status: All statuses · Name: Jeff Blankinship · Date: All dates**

| undefined | Date | Type | No. | Payee | Category | Memo | Total | Attachments | Action |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 07/29/2022 | Bill Payment (Check) | 1350 | Jeff Blankinship | | Reimbursement for legal fees paid | -$4,283.75 | | View/Edit |
| ☐ | 07/29/2022 | Journal Entry | 351 | Jeff Blankinship | | | -$60,000.00 | | |
| ☐ | 04/28/2022 | Bill Payment (Check) | 1332 | Jeff Blankinship | | | -$12,000.00 | 1 | View/Edit |
| ☐ | 04/28/2022 | Bill Payment (Check) | 1331 | Jeff Blankinship | | Voided | $0.00 | | View/Edit |
| ☐ | 04/12/2022 | Bill Payment (Check) | ACH 02.20 | Jeff Blankinship | | | $0.00 | | View/Edit |